EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
### _____ DIVISION at _____

Eastern District of Kentucky
FILED

JUN 23 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. _25-cv-89-DCR_ (Court Clerk will supply)

_Grant Holbrook_
### PLAINTIFF

VS:

_Donald Trump_
_Elon Musk_        (do not use "et al.",
_Hillary Clinton_    enter full names)
_Unknown Actors_

### DEFENDANTS

Demand for Jury Trial:
Yes (___) No (___)

**I.    Plaintiff:**

  A. Name (list any aliases): _Grant Holbrook_

  B. Prisoner ID #: _____ Check one: Convicted _____ Pretrial Detainee _____

  C. Place of present confinement: _____

  D. Address: _3820 Lori Dr Apt #14_
  _Erlanger, KY 41018_

**II.   Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

  A. Defendant's Name: _____
      Title or Position: _____
      Place of Employment: _____
  B. Defendant's Name: _____
      Title or Position: _____
      Place of Employment: _____

✎EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Defendant's Name: _____

Title or Position: _____

Place of Employment: _____

D. Defendant's Name: _____

Title or Position: _____

Place of Employment: _____

E. Defendant's Name: _____

Title or Position: _____

Place of Employment: _____

## III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

See Attached

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

B. When did these events happen?

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Where did these events happen?

_____

_____

_____

_____

_____

_____

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated?  State the specific constitutional provision or law if you know it.

Rights to Due Process

_____

_____

_____

## IV.   Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES (_____)   NO (_____)

2. If so, did you (check **ALL** that apply):
   _____ file a request or appeal to the Warden          _____ date
   _____ appeal to the Regional Director                 _____ date
   _____ appeal to the Office of General Counsel          _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

✎EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4.  What was the result? _____

_____

_____

_____

5.  If you did not file a grievance, why not? _____

_____

_____

_____

B.  **State Prisoners** answer the following:

1.  Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?     YES (____)  NO (____)

2.  If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

_____ file a grievance and seek an informal resolution         _____ date
_____ request a hearing from the Grievance Committee          _____ date
_____ appeal to the Warden                                     _____ date
_____ appeal to the Commissioner                               _____ date

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
         YES (____)  NO (____)
                                                    _____ date

3.  **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4.  What was the result? _____

_____

_____

_____

5.  If you did not file a grievance, why not?

_____

_____

_____

✎EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. **County or City Prisoners** answer the following:

1. Is there a grievance/appeal policy at your jail?  YES (___)  NO (___)
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available.  If not, briefly describe the grievance/appeal policy below.

_____

_____

3. Did you file a grievance regarding these facts?  YES (___)  NO (___)

4. If you filed a grievance:

a. What steps did you take to use the grievance process? _____

_____

_____

_____

_____

b. What was the result? _____

_____

_____

c. If unsuccessful, did you file an appeal?  YES (___)  NO (___)

d. What was the result? _____

_____

_____

e. Did you take any further steps in the grievance process?

YES (___)  NO (___)     NO MORE AVAILABLE (___)

f. What was the result? _____

_____

_____

5. If you did not file a grievance, why not?: _____

_____

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V.   OTHER LAWSUITS

A.   Have you filed any other lawsuit **dealing with the same facts** raised in this action?   YES (___) NO (___)

B.   If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____

_____

_____

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____   DATE FILED: _____

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.  List any other lawsuits that you have filed in any state or federal court:

1.  Plaintiff _____ vs.  Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

2.  Plaintiff _____ vs.  Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____    Case No.: _____

   Nature of Claim: _____    Date Filed: _____

   Outcome: _____    Date: _____

## VI.    Relief:

State exactly what you want the Court to do for you.  You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

_____

_____

_____

_____

_____

_____

## VII.    Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____    _____    6-29-2025

Signature of Plaintiff         Prison ID#         Date

Plaintiff's Address: _____

_____

Page 8 of 8