# Emergency Writ of Extraordinary Importance

by Grant Holbrook

~~Grant Holbrook~~

Eastern District of Kentucky
FILED
JUN 23 2025
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

In late May, a cop mentioned something about preserving a spine. I'm not 100% sure they were talking about me. I have not recieved, or been served, any legal papers regarding this. Pleas prohibit any, and all, from harming me, including Donald Trump, Elon Musk, and Hillary Clinton.

I have also NOT signed a waiver.

I am currently working with KY ID Office to reflect my KY address, I've been KY resident at least 2 years.

Please do not let anyone due anything to harm me, like take my spine.

Grant Holbrook

I have been in mental Hospital since late May, JUST got out.